United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Julio Alvarez  
    Debtor

Case No. 19-10554-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 02, 2019  
                   Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.
```
db             +Julio Alvarez,    805 West Main Street,    Norristown, Pa 19401-5501
14270625        Chase Bank,    PO Box 183166,    Columbus, OH  43218-3166
14300022       +MARINER FINANCE,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
14290050      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corporation,    PO Box 9490,
                Cedar Rapids IA 52409-9490)
14289093       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14272077       +WILMINGTON SAVINGS FUND SOCIETY,    C/O JEROME B. BLANK,    Phelan Hallinan & Schmieg LLP,
                1617 JFK Boulevard,    Philadelphia, PA 19103-1821
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:38     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2019 03:22:03
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2019 03:22:35     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:
```
              DIANE E. BARR    on behalf of Debtor Julio  Alvarez thelawofficeofdianebarr@yahoo.com,
               dbarrcg@aol.com
              JEROME B. BLANK    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, ET. AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Julio Alvarez          :          CASE NO.: 19-10554

Debtor(s)          :          CHAPTER  13

## PROPOSED ORDER

AND NOW THIS, __2nd_____ day of __April_____, 2019, it is hereby ordered that the dismissal order entered February 27, 2019 is hereby vacated.

_____
Honorable Ashely M. Chan